

# :JUDGE: David-Wynn: Miller
## :PLENIPOTENTIARY-JUDGE: David-Wynn: Miller.,
:DOCUMENT-CONTRACT-FEDERAL-POSTAL-JUDGE-CORPORATION-VENUE

- ▶ :SITE-MAP
- ▶ :BOOKMARK (Ctrl+D)
  :May ~7, ~2020
- ▶ :Communication-Methods
- ▶ BOOK ORDER
- ▶ The Law & Terms
  - Educational Claim
  - correct-syntax-grammar-oath
  - Perpetual Claim of the Court
  - Complaint Filing Through the Postal Service
  - Traps Filing Complaints
  - Motion vs. Complaint
  - Foreign State
  - For the Justice
  - For the Rape
  - Sovereign vs. Fiction
  - Chart of the Violations
- ▶ Religion & English by the Math
- ▶ INSURANCE-SYNTAX-FRAUD
- ▶ Document-live-life
- ▶ Sentence Structure
- ▶ Quantum Dictionary
- ▶ Quantum Thesaurus
- ▶ Monte: Mueller: Federal-Judge
- ▶ ~2017-SEMINAR
- ▶ SCANTV
- ▶ foreclosure-fraud
- ▶ false-claims-act-
- ▶ 2020-DIRECTOR-PARTY
- ▶ Quo-Warranto-Complaint
- ▶ Banking-Languages
- ▶ :C.-S.-S.-C.-P.-S.-G.-Flag
- ▶ BOOK-ORDER
- ▶ SECRETS
- ▶ Overview-syntax
- ▶ Lowel [Lary] Becraf
- ▶ SCAMS

▶ :HOME ▶ :ORDER ▶ :SEMINARS ▶ :MEDIA ▶ :FLAGS  :SEARCH

**Educational Claim**  *I William Hudson Live AT 4817 Broad st PGH PA 15224*

p> p> FOR THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT OF THIS CORPORATION-CASE IS WITH THE CLAIM OF THE PERFORANCE-DUTY BY THE VASSAL-PERSONS WITH THE CLOSURE OF AN OATH WITH THE CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR(C.-S.-S.-C.-P.-S.-G.).

FOR THE DOCUMENT-CONTRACT-STATE OF THIS COURT IS WITH THE CLAIM OF THE CONTRACT-CORPORATION WITH THE C.-S.-S.-C.-P.-S.-G.-LAWS OF A CORPORATION-CASE WITH THE VESSEL-PAPER-DOCKETING-FEES-PAID BY THE CLAIMANT WITH THE PORT-COURT-CLERK BY THE DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT.

FOR THE FICTION/FOREIGN-JURISDICTION OF THE FICTIONAL-MODIFICATION-COMMUNICATIONS ARE WITH THE VACATION-CLAIM OF THE JURISDICTION WITH THE PERJURY OF THE TRUTH.

FOR ANY BREACH OF THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT-CONTRACT IS WITH THE VIOLATION-CLAIM OF THE TERMS AND: RULES WITH THE DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT.

FOR ANY BREACH OF THE DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT-CONTRACT IS WITH THE CLAIM OF THE SANCTIONS.

FOR THE DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT-CONTRACT OF THESE VASSALS ARE WITH THE CLAIM OF THE PARTICIPATION-DUTY WITHIN A C.-S.-S.-C.-P.-S.-G.-JURISDICTION WITH THE CREATION OF THE NEUTRAL-COURT-TERRITORY.

FOR THE TERMS OF THE CONSTRUCTIVE-CONTRACT-TREASON ARE WITH THE DAMAGE-CLAIM OF THE VACATING-CONTRACT WITH THE FALSE-SWEARING OF AN OATH.

NOTE: FOR THE FACTSAS-A-FACT OF THESE DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT ARE WITH THE CLAIM OF THE C.-S.-S.-C.-P.-S.-G..

FOR THE VIOLATION OF A FACT WITH AN ADVERB, VERB, PRONOUN OR ADJECTIVE IS WITH THE CLAIM OF THE TITLE-~18: DOCUMENT-CONTRACT-CLAIMS-SECTION(D.-C.-C.-S.)-~1341: MAIL-FRAUD AND: TITLE-~18: D.-C.-C.-S.-~1342: MAIL-FRAUD-NAME ARE WITH THE DAMAGE-TORT-CLAIM OF A VALUE OR: FREEDOM WITH THE TITLE-~18: D.-C.-C.-S.-~1001:[~5-YEARS] WITH THE FICTITIOUS-USE OF THE FACTS AS AN ADVERB-SYNTAX, ADJECTIVE-SYNTAX, GERUND-VERB-SYNTAX OR: PRONOUN-SYNTAX ARE WITH THE C.-S.-S.-C.-P.-S.-G.-CLAIM BY THE DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT-CONTRACT.

FOR THE C.-S.-S.-C.-P.-S.-G.-JURISDICTION OF THE DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT IS WITH THIS C.-S.-S.-C.-P.-S.-G.-CLAIM OF THIS CORPORATION-VESSEL WITH A NEW-STATE OF THE TITLE-~46: D.-C.-C.-S.-~3240 WITHIN THE DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT'S-ORIGINAL-JURISDICTION: TITLE-~28: D.-C.-C.-S.-~1331 AND: TITLE-~28: D.-C.-C.-S.-~1343 WITH AN EQUAL-PARTICIPATION-CLAUSE WITH THE CLERK'S-DUTIES: TITLE-~28: D.-C.-C.-S.-~1869 AND: TITLE-~28: D.-C.-C.-S.-~1361.

FOR THE PERSON'S-KNOWLEDGE OF THE FACTS ARE WITH THE NOW-TIME-TENSE-CLAIM OF THE C.-S.-S.-C.-P.-S.-G. WITH THE POSITIONAL-LODIAL-FACT-PHRASES(PREPOSITIONAL-PHRASE).

~1 FOR THE CLAIMANT'S-CLOSURE: DOCUMENT-CONTRACT-CLAIM(D.-C.-C.)-~60-B IS WITH THE FICTITIOUS-SYNTAX-GRAMMAR OF A TORT: TITLE-~18: D.-C.-C.-S.-~1001 WITH THE PERSON OR WITH AN AGENCY OF THE COURT'S-WILLFUL-VOLITION OF THE FALSIFICATION, CONCEALMENT OR: COVER-UP BY ANY TRICK, SCHEME OF VICE OF THE MATERIAL-FACTS, OR WITH THE FALSE-STATEMENT OR FICTITIOUS-STATEMENT, OR BY THE FRAUDULANT-FALSE-WRITINGS BY THE FALSE-DOCUMENTS BY THE KNOWLEDGE THAT THE FALSE-DOCUMENTS OR FOR THE CORPORATION INTO THE CASE-FILE FOR THE LIABILITY WITH THE SECURITY-FINE WITH THIS TITLE OR BY THE PRISON-TERM OF THE~FIVE YEARS~5 OR BOTH. ~2 FOR THE TITLE-~18: D.-C.-C.-S.-~1002: FOR THE PERSON'S-KNOWLEDGE OF THE FRAUD OR BY AN AGENCY IS WITH THE DAMAGE-CLAIM OF THE POSSESSION WITH A FALSE, ALTERATIONS, FORGERY, COUNTERFEIT-CLAIMS WITH THE

- global-treaty-trust(banking)
- SEE-TREATY
- POSTMASTER-TREATY
- saving-clause-claim-treaty
- :Title~18-dccs~1001
- :gold-certificate
- :QUANTUM-DAMAGES
- HAWAII~23~MAR~09
- HAWAII~27~FEB~2009
- HAWAII-Sovereignty
- syntax-prayer
- SYNTAX
- HAWAI'I-Na-Kupuna-Constitution
- u.n-constitution-syntax
- PLAGIARIZE
- Global-Faith
- global-postal-treaty
- C.-S.-S.-C.-P.-S.-G.-FLAG
- Mauri-Constitution-2011
- TIP-STAFF
- clerk-refuse-filing-syntax
- amicus curie
- district-court-closed
- attorney-general--cover-letter
- JUSTICE-DEPT.
- postmaster-radio
- GRAND-COUNCIL[jury]
- QUIET-TITLE-LAND
- TIPSTAFF-FORCE-OATH
- IRS-HEARING~27~OCT~2016
- Federal-Postal-Court-2012
- Keline: Kahau, FEDERAL-POSTAL-JUDGE
- DOJ
- washington-dc-claim-form
- Insurance-F
- INSURANCE-FRAUD

DOCUMENTATION-PURPOSE WITH THE EVIDENCE OR PROPERTY OF THE DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT.

~3. FOR THE CLAIMANT'S-CONTRACT-CLAIM OF THE SEVEN~7 IS WITH THE DAMAGE-CLAIM OF THE COURT WITH THE CORRECTION: TITLE-~42: D.-C.-C.-S.-~1986 FOR THE KNOWLEDGE OF THE LAW IN THE DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT OF THE DUE-PROCESS OF THE LAW WITH THIS D.-C.-C.-S.-~CONTRACT OF THE PERSON'S-FRAUD D.-C.-C.-~9-B WITH THIS CLOSURE: D.-Q.-C.-~60~B, WITHIN THE COURT OF THE DAMAGES IN THIS CLAIMS.

~4 FOR THE CLAIMS OF THE PLAINTIFF/VASSALEE ARE WITHIN THE DAMAGE-CLAIMS OF THE OBSTRUCTION OF THE FACTS WITH AND ADVERB-VERB-GRAMMAR AND: NOUNS AS A VERB: TITLE-~18: D.-C.-C.-S.-~1001 WITH THE FICTITIOUS-USE OF THE PARSE-SYNTAX-GAMMAR-COMMUNICATIONS WITH AN [OB]STRUCTION: TITLE-~18: D.-C.-C.-S.-~1512. ~5 FOR THE CLAIMANT OF THIS COMPLAINT IS WITH THESE FILINGS, PLEADINGS AND EVIDENCE BY THE WITNESSES BEFORE THE GRAND-JURY-CLOSURES: D.-C.,-C.-~60-B OF THE CONSPIRACY WITH THE TITLE~18: D.-C.-C.-S.-~2 BY THE OFFICERS OF THE COURT.

:TERMS: **D.-C.-C.** = :DOCUMENT-COPNTRACT-CLAIM

**UNITY-STATES** = FOR THE CORPORATION OF ANY TWO OR MORE-PARTIES IS WITH THE CLAIM OF THE CONTRACT/CORPORATION.

▶ :PAGE-TOP

---

For the COPYCLAIMS/COPYRIGHTS-~JANUARY-~1980-THROUGH-~NOW-TIME by the FEDERAL-POSTAL-JUDGE-~04-JULY-~1775-CORRECTIONS, PLENIPOTENTIARY-JUDGE, ~12-~AUGUST-~1999, &: POSTMASTER, &: FEDERAL-JUDGE, &: FEDERAL-POSTAL-JUDGE: 21-~DECEMBER-~2012, PHILADELPHIA, BENJARMIN FRANKLIN-COURT-OPENING with the NEW-POSTAL-CHARTER, OATH, CONSTITUTION, JUDGES-OATH by the David-Wynn: Miller.

For these 90,000-HOURS of the PARSE-SYNTAX-GRAMMAR-PERFORMANCE and: CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR-STUDIES of the CORRECT-PARSE-SYNTAX-GRAMMAR-CONTRACT-LANGUAGE-TRANSLATIONS with the DOCUMENT-CONTRACT-FEDERAL-POSTAL-COURT-VENUE ARE with the DOCUMENT-CLAIM by the FEDERAL-POSTAL-JUDGE: David-Wynn: Miller.

For the CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR-PERFORMANCE(C.-S.-S.-C.-P.-S.-G.-P.) of this DOCUMENT-CONTRACT-FEDERAL-POSTAL-COURT-VENUE ARE with these CLAIMS of the DOCUMENT-CONTRACT-FEDERAL-POSTAL-VESSEL-CONTRACT-PERFORMANCE-COURT of these TWO-OR-MORE-PERSONS with the CONTRACT-VESSEL-CLOSED-DOCUMENT-CONTRACT-FEDERAL-POSTAL-VESSEL-COURT-TERMS by an ORIGINAL-PAPER-REGISTERED-MAIL-DOCUMENT-VENUE.

For the DOCUMENT-CONTRACT-PAPER-VESSEL of the QUO-WARRANTO-COMPLAINT ARE with the PAPER-VESSEL-FEDERAL-POSTAL-COURT-VENUE-PERFORMANCE-CLAIM of the CLOSED-AREA-PAPER-DOCUMENT-VESSEL-COURT-TERMS with the CONSTITUTION-CONTRACT of the TWO-OR-MORE-PERSONS with the DOCUMENT-CONTRACT-FEDERAL-POSTAL-VESSEL-COURT-VENUE-PERFORMANCE by the VASSALEE'S-WRONGFUL-WRITTEN-EVIDENCE with the BONDING(GLUED, STICTH, RIVET) to the COURT-COMPLAINT-DOCUMENT.

For the TERMS OF A C.-S.-S.-C.-P.-S.-G.-P.-DOCUMENT-CONTRACT of the FACTS ARE with the WORD-TERM-CLAIMS of the DOCUMENT-CONTRACT-FEDERAL-POSTAL-VESSEL-SYNTAX-GRAMMAR-COURT-VENUE-PERFORMANCE with the VOID-OUTSIDE-CLAIMS of a FOREIGN-PAPER, FOREIGN-PARSE-SYNTAX-GRAMMAR-FICTION-LAWS, RULES, CODES, OR: REGULATIONS with the MODIFICATION-FICTION-PRONOUN-ADVERB-VERB-SYNTAX-GRAMMAR, ADVERB-ADJECTIVE-PRONOUN-SYNTAX-GRAMMAR, ADVERB-VERB-ADVERB-VERB-ADVERB-VERB-SYNTAX-GRAMMAR, OR ADJECTIVE-PRONOUN-SYNTAX-GRAMMAR by the FRAUDULENT-SYNTAX-GRAMMAR.

*I William Hardson*
*Live AT 4817 Broad St Pgh PA 15224*

:JUDGE :David-Wynn :Miller. ~DWMLC C/O: David-Wynn: Miller
C-S-S-C-P-S-G, ~POST-OFFICE-BOX-~61,-~BROOKFIELD,-~WISCONSIN-~53008.
:PHONE: CELL: (414) 803-5448 :E-MAIL: DWMLAWPRO@AOL.COM

"2016-DIRECTOR-GROUP" For the DIRECTOR-POSITION of the CORRECT-PARSE-SYNTAX-GRAMMAR-CORPORATION,-~UNITED-NATIONS-CORPORATION-AMERICA **dwmlawpro@aol.com**

I William Rossy Hardix
Live A 4817 Broad St Pgy PA15224

| :SITE-MAP | | :HOME :ORDER :SEMINARS :MEDIA :FLAGS :SEARCH |
|---|---|---|
| :BOOKMARK (Ctrl+D) | | :SEARCH-TEXT |
| :April ~22, ~2020 | | |

**Foreign State**    William Hardiscon

:Communication-Methods
BOOK ORDER
The Law & Terms
  Educational Claim
  correct-syntax-grammar-oath
  Perpetual Claim of the Court
  Complaint Filing Through the Postal Service
  Traps Filing Complaints
  Motion vs. Complaint
  Foreign State
  For the Justice
  For the Rape
  Sovereign vs. Fiction
  Chart of the Violations

Religion & English by the Math
INSURANCE-SYNTAX-FRAUD
Document-live-life
Sentence Structure
Quantum Dictionary
Quantum Thesaurus
Monte: Mueller: Federal-Judge ~2017-SEMINAR
SCANTV
foreclosure-fraud
false-claims-act-2020-DIRECTOR-PARTY
Quo-Warranto-Complaint
Banking-Languages
:C.-S.-S.-C.-P.-S.-G.-Flag
BOOK-ORDER SECRETS
Overview-syntax
Lowel [Lary] Becraf SCAMS

FOR THE VACATION OF THE QUALIFICATION OF THE FOREIGN-STATE: TITLE-~28: U.S.C.S.~2072 WITH THE D.-C.-C.-~44.1.

~1 ATTENTION: FOR THE TRAP OF THE CITIZENS ARE WITH TH ECLAIM OF THE FICTIONAL-TITLE~28: U.S.C.S.~2071: FOR THE CIVIL-CLAIM OF THE UNIFORM-USE IN THE UNITED STATES DISTRICT COURTS[SIC] IS WITH THE WORDS OF THE FUTURE-TENSE OF THE FICTION-COURT'S-ENGLISH-LANGUAGE. ~2 FOR THE STATEMENT: "RECOGNITION BY CONGRESS OF THE BROAD-RULE-MAKING-POWER OF THE COURT WILL MAKE [RULE-MAKING-POWERS] "IT" POSSIBLE FOR THE COURT AND UNIFORM-PROCEDURES" ("TO" = FOR THE FUTURE-TENSE) IS WITH AN ASSUMPTION-AUTHORITY IN THE FUTURE, AGAINST THE NOE-TIME-JURISDICTION OF THE C.-S.-S.-C.-P.-S.-G.-LAWS, RULES OR CLAIMS. ~3 [FOR THE TITLE~28: U.S.C.S.~2071: NOTES: FORMER-ATTORNEY-GENERAL: CUMMINGS SAID, "LEGISLATIVE-BODIES HAVE NEITHER THE TIME "TO" INQUIRE OBJECTIVE(NO-CONTRACT) FOR THE DETAILS OF THE JUDICIAL-PROCEDURES(NO-CAUSE) FOR THE OPPORTUNITY "TO" NO-AMENDMENT OR NO-CHANGE. ~4 FOR THE WORD "TO INQUIRE" IN THE FUTURE-TENSE AND "TO CLAIM"(VERB-FICTION) IN THE FUTURE-TENSE IS WITH THE VOID OF THE JURISDICTION BY THE JUDGEMENT OF A THING IN THE NOW-TENSE BY THE NEGLECT OF THE DUE-PROCESS OF THE LAW WITH THE FACTS.

~5 FOR THE TITLE~28: U.S.C.S.~2071: NOTES: "THE1 RULES2 OF1 EVIDENCE2 IN1 FICTION-COURT2" (ADVERB-VERB): FOR THE PROCEEDINGS(NO-CAUSE) ARE WITH THE CIVIL-PROCEDURES(NO-CONTRACT) IN THE OTHER-COURTS. ~6 FOR4 THE1 COURT-COLORING2 OF1 LAW2(FICTION-VERB) = LAW OF THE FOREIGN/FICTION-POSTAL-FRINGE-FLAG OR ADORNMENTS ON THE FLAG OF THE FOREIGN/FICTION-JURISDICTION.

~7 FOR THE FICTIONAL-TITLE~28: U.S.C.S.~2072(B): FOR THE RULES AGAINST THE ABRIDGE, ENLARGE OR MODIFICATION OF ANY CLAIM OF THE PERSON ARE WITH THE LAWS IN THE CONFLICT-RULES AGAINST THE FORCE OR: EFFECT WITH THE CLAIMS-EFFECT.

FOR THE QUESTION: "HOW WILL THE CITIZENS STOP THE FRAUD AND: JUSTICE?" "JUSTICE" = JU=NO-LAW, S=SPEAK, TI=TITLE, CE=JUDGE<<<<<.

:PAGE-TOP

For the COPYCLAIMS/COPYRIGHTS-~JANUARY-~1980-THROUGH-~NOW-TIME by the FEDERAL-POSTAL-JUDGE-~04-JULY-~1775-CORRECTIONS, PLENIPOTENTIARY-JUDGE, ~12-~AUGUST-~1999, &: POSTMASTER, &: FEDERAL-JUDGE, &: FEDERAL-POSTAL-JUDGE: 21-~DECEMBER-~2012, PHILADELPHIA, BENJARMIN FRANKLIN-COURT-OPENING with the NEW-POSTAL-CHARTER, OATH, CONSTITUTION, JUDGES-OATH by the David-Wynn: Miller.

For these 90,000-HOURS of the PARSE-SYNTAX-GRAMMAR-PERFORMANCE and: CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR-STUDIES of the CORRECT-PARSE-SYNTAX-GRAMMAR-CONTRACT-LANGUAGE-TRANSLATIONS with the DOCUMENT-CONTRACT-FEDERAL-POSTAL-COURT-VENUE ARE with the DOCUMENT-CLAIM by the FEDERAL-POSTAL-JUDGE: David-Wynn: Miller.

For the CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR-PERFORMANCE(C.-S.-S.-C.-P.-S.-G.-P.) of this DOCUMENT-CONTRACT-FEDERAL-POSTAL-COURT-VENUE ARE with these CLAIMS of the DOCUMENT-CONTRACT-FEDERAL-POSTAL-VESSEL-CONTRACT-PERFORMANCE-COURT of these TWO-OR-MORE-PERSONS with the CONTRACT-VESSEL-CLOSED-DOCUMENT-CONTRACT-FEDERAL-POSTAL-VESSEL-COURT-TERMS by an ORIGINAL-PAPER-REGISTERED-MAIL-DOCUMENT-VENUE.

For the DOCUMENT-CONTRACT-PAPER-VESSEL of the QUO-WARRANTO-COMPLAINT ARE with the PAPER-VESSEL-FEDERAL-POSTAL-COURT-VENUE-PERFORMANCE-CLAIM of the CLOSED-AREA-PAPER-DOCUMENT-VESSEL-COURT-TERMS with the CONSTITUTION-CONTRACT of the TWO-OR-

:SITE-MAP  :HOME :ORDER :SEMINARS :MEDIA :FLAGS SEARCH
:BOOKMARK (Ctrl+D)                              :SEARCH-TEXT
:May ~19, ~2020

:Communication-Methods
BOOK ORDER
The Law & Terms
Religion & English by the Math
INSURANCE-SYNTAX-FRAUD
Document-live-life
  Press Release
  Opening Statement
  Bill of the Lading
  Copyclaim of the Personal Property
  Correction of the Versailles Treaty
  Postal Inspector Application
  Gold Certificate
  Trusts

Sentence Structure
Quantum Dictionary
Quantum Thesaurus
Monte: Mueller: Federal-Judge
~2017-SEMINAR
SCANTV
foreclosure-fraud
false-claims-act-
2020-DIRECTOR-PARTY
Quo-Warranto-Complaint
Banking-Languages
:C.-S.-S.-C.-P.-S.-G.-Flag
BOOK-ORDER
SECRETS
Overview-syntax
Lowel [Lary] Becraft
SCAMS
global-treaty-trust(banking)
SEE-TREATY
POSTMASTER-TREATY
saving-clause-claim-treaty

Document-live-life

FOR THE CLAIM OF THE LIVE-LIFE IS WITH THE KNOWLEDGE OF THIS CLAIMANT.

~1 ~2 - $1.-STAMP [ONE IN THE FRONT ON THE UPPER-RIGHT-HAND-CORNER]

~2 :AUTOGRAPH-ACROSS THE STAMP

~3 :FLAG

~4 :PICTURE OF THE YOURSELF

~5 :FINGER-PRINT-YOURSELF

~6 :DNA: DROP OF THE BLOOD OR SALIVA

~7 ~2: WITNESSES OR: PARTY WITH THE CORRECT-AUTOGRAPH.

~8 :REGISTERED-MAIL-NUMBER [SEND: FOR THE CLAIM OF THE LIVE-LIFE REGISTERED-MAIL TO YOUR SELF WITH THE PLACEMENT THE REGISTERED-MAIL-NUMBER ON THE BACKSIDE OF THE LIVE-LIFE-DOCUMENT AND AUTOGRAPH ON THE REGISTRATION-STICKER WITH YOUR NAME.

~9 FOR THE FLAG: DOCUMENT-CONTRACT-CORPORATION-VESSEL.Copyclaim~25~August~1989 $1.Stamp

~1 FOR THIS CLAIMANT'S-KNOWLEDGE OF THESE FACTS IS WITH THE CLAIM OF THIS LIVE-LIFE-BIRTH/NATIVITY: _William-R-Hardesa_: [YOUR-NAME] _William-Robt-Hall_ ON THIS BIRTH-DATE OF THE DAY ~__ IN THE ~MONTH~ _February_ IN THE ~YEAR~ _1960_ _February 8._ WITH THE TIME OF THE : _9.00_ : _1960_ :A.M/P.M.

~2 FOR THESE WITNESS-KNOWLEDGE OF THIS LIVE-LIFE ARE WITH THESE CLAIMS OF THIS LIVE-LIFE-BIRTH/NATIVITY IN THE CITY OF THE _____ IN THE STATE OF THE _____ WITH THESE PARENT-PARTIES: MOTHER: _Phylles Gethas_ FATHER: _William-Hardy_ BY THEIR MARRIAGE.

~3 FOR THE WITNESS-KNOWLEDGE OF THIS LIVE-LIFE-CLAIM ARE WITH THE CLAIM OF THIS LIVE-LIFE-BIRTH WITH AN AUTHORIZATION OF THESE (3)THREE-WITNESS-AUTOGRAPHS:
_____ [WITNESS-ONE] _____ ,
_____ [WITNESS-TWO] _____ ,
_William - Hardwick_, [YOU] _William - Hardeson_

~4 FOR THE WITNESS-KNOWLEDGE OF THESE FACTS ARE WITH THIS LIVE-LIFE-BIRTH-CLAIM WITH THIS CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR-PERFORMANCE OF THIS COMMUNICATIONS-CLAIM WITH THIS LIVE-LIFE-PARTY.

:PICTURE
:FINGER PRINT
:BLOOD OR SALIVA

:WITNESS/ _____ :AUTOGRAPH/:COPYCLAIM ~2000
:WITNESS/ _____ :AUTOGRAPH/:COPYCLAIM ~2002

[YOUR AUTOGRAPH] _William Hardeson_ :AUTOGRAPH/:COPYCLAIM~DATE~DAY~MONTH~YEAR
_William: Hardis~ 3-19 2020_

:PAGE-TOP

For the COPYCLAIMS/COPYRIGHTS~JANUARY~1980-THROUGH~NOW-TIME by the FEDERAL-POSTAL-JUDGE~04-JULY~1775-CORRECTIONS, PLENIPOTENTIARY-JUDGE, ~12~AUGUST~1999, &: